JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Easy Financial LLC, | ) CASE NO.: 2:24-cv-01058-SVW-AS |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| American Modern Property and Casualty Insurance Company et al | ) |
| Defendant. | ) |

Judgment is entered for Defendant and against Plaintiff, pursuant to the Court's order dated August 6, 2024.

DATE: August 6, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE